IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG ADAMS,** | : | CIVIL ACTION NO. 1:21-CV-909 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **HANOVER FOODS CORPORATION** | : | |
| **and JEFF WAREHIME,** | : | |
| | : | |
| Defendants | : | |

# ORDER

AND NOW, this 31st day of March, 2022, upon consideration of defendants' motion (Doc. 13) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The motion (Doc. 13) to dismiss is GRANTED as follows:

    a. The motion is GRANTED as to Count 9, and plaintiff's claim for wrongful discharge in violation of public policy is DISMISSED with prejudice.

    b. The motion is GRANTED as to Counts 3 through 8, and plaintiff's claims for disability discrimination, disability retaliation, and a hostile work environment due to disability are DISMISSED without prejudice.

2. Adams is granted leave to file an amended complaint within 21 days of the date of this order. In the absence of a timely filed amended complaint, the above-captioned action shall proceed on Counts 1 and 2.

3. Defendants' deadline to respond to the complaint under Federal Rule of Civil Procedure 12(a)(4)(A) is DEFERRED for the duration of the 21-day amendment period set forth in paragraph 2 above.

                                                                               /S/ CHRISTOPHER C. CONNER
                                                                               Christopher C. Conner
                                                                               United States District Judge
                                                                               Middle District of Pennsylvania