UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>HANOVER FOODS CORPORATION, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 1:21-cv-00909<br><br>(CONNER, J.)<br>(SAPORITO, M.J.) |

## ORDER

**AND NOW**, this 18th day of November, 2022, in accordance with the accompanying Memorandum, and following our *in-camera* review of 131 documents provided to the court by the defendants regarding the discovery dispute set forth in Doc. 27; Doc. 31; and Doc. 32, **IT IS HEREBY ORDERED** that:

1. The objections to the disclosure of the following documents: 00034-00046, 00049-00055, 00062-00067, and 00130 on the basis of the attorney-client privilege are **SUSTAINED**. Those documents shall be **WITHHELD** from disclosure as protected by the attorney-client privilege.

2. The objections to the disclosure of documents on the basis that

they are beyond the scope of the requests are **OVERRULED**.

3. The defendant shall **PRODUCE** to the plaintiff **within fourteen (14) days** after the date of this Order all of the remaining documents provided to the court for *in camera* review, except those enumerated in paragraph 1 above.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: November 18, 2022